OCTOBER 9, 1996

No. 96–236. PENNSYLVANIA *v.* RILEY, SECRETARY OF EDUCATION. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.1.

OCTOBER 15, 1996

No. 96–63. HANSBERGER ET AL. *v.* UNITED STATES. Appeal from D. C. N. D. Ga. dismissed as moot.